

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esquire (JS 5127)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

In Re:

Donna K. Meyers,

Debtors.

Case No.: 11-27889 (GMB)
Chapter 7

Hearing Date: **September 19, 2011 at 10:00 a.m.**

Judge:  The Honorable Gloria M. Burns

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE
UNDER 11 U.S.C. § 707(b) AND EXTENDING THE TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 UNTIL NOVEMBER 29, 2011**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: 10/21/2011**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

**(Page 2)**
Debtors: Donna K. Meyers
Chapter 7 Case No. 11-27889 (GMB)
Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b) and
Extending the Time to File a Complaint Objecting to Discharge under 11 U.S.C. § 727 until
November 29, 2011

---

Upon consideration of the United States Trustee's motion, by and through counsel, for an
order extending the time to file a motion under 11 U.S.C. § 707(b) and extending the time to file
a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been
given to counsel for the Debtor, and the Court having found cause for the entry of the within
order, it is hereby

**ORDERED** that the motion of the United States Trustee is hereby **GRANTED** in its
entirety; and it is further

**ORDERED** that any motion by the United States Trustee to dismiss the present Chapter
7 case under 11 U.S.C. § 707(b) or any complaint by the United States Trustee objecting to
discharge under 11 U.S.C. § 727 must be filed by **November 29, 2011;** and it is further

**ORDERED** that the United States Trustee reserves her right to seek a further extension
of the time to file a motion pursuant to 11 U.S.C. §707(b) or any Complaint objecting to
discharge under 11 U.S.C. §727.

*Approved by Judge Gloria M. Burns October 21, 2011*