| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ROBERTA A. DeANGELIS<br>UNITED STATES TRUSTEE, REGION 3<br>Jeffrey M. Sponder, Esquire (JS 5127)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 | Order Filed on 01/30/2012 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re:<br><br>Donna K. Meyers,<br><br>Debtor. | Case No.: 11-27889 (GMB)<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge: Honorable Gloria M. Burns |

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO MARCH 30, 2012**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 01/30/2012**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Debtor: Donna K. Meyers

Chapter 7 Case No.:11-27889 (GMB)

**Consent Order Extending Time to File a Motion to Dismiss Case
Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge
Under 11 U.S.C. § 727 to March 30, 2012**
_____

    THIS MATTER having been consensually opened to the Court and agreed upon by and between Roberta A. DeAngelis, United States Trustee, by and through her counsel the Office of the United States Trustee (Jeffrey M. Sponder, Esquire appearing), and the Law Office of David A. Semanchik, counsel for the Debtor (David A. Semanchik, Esquire, appearing), and for other good cause shown, it is hereby;

    **ORDERED** that any motion by the United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the United States Trustee and/or the Chapter 7 trustee must be filed on or before **March 30, 2012**; and it is further;

    **ORDERED** that the United States Trustee reserves her right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| David A. Semanchik<br>Attorney for the Debtor | Roberta A. DeAngelis<br>United States Trustee, Region 3 |
| By: */s/David A. Semanchik*<br>    David A. Semanchik<br>    Attorney for the Debtor | By:*/s/Jeffrey M. Sponder*<br>    Jeffrey M. Sponder<br>    Trial Attorney |

*Approved by Judge Gloria M. Burns January  30, 2012*

United States Bankruptcy Court
District of New Jersey

In re:  
Donna K. Meyers  
    Debtor

Case No. 11-27889-GMB  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: cfowler | Page 1 of 2 | Date Rcvd: Feb 02, 2012 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2012.
db      +Donna K. Meyers,   1019 North Shore Rd.,   Brigantine, NJ 08203-2719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2012**        **Signature:** _Joseph Speetjens_

```
District/off: 0312-1          User: cfowler              Page 2 of 2              Date Rcvd: Feb 02, 2012
                              Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2012 at the address(es) listed below:
          David A. Semanchik   on behalf of Debtor Donna Meyers info@semanchiklaw.com
          Douglas S. Stanger   doug.stanger@flastergreenberg.com, loretta.morrison@flastergreenberg.com,
           nj02@ecfcbis.com,gloria.mehnert@flastergreenberg.com
          Jason Brett Schwartz   on behalf of Creditor Gregory Meyers jgrossman@grossmanfirm.com
          Jeffrey M. Sponder   on behalf of U.S. Trustee  United States Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
                                                                                                       TOTAL: 4