| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ROBERTA A. DeANGELIS<br>UNITED STATES TRUSTEE, REGION 3<br>Jeffrey M. Sponder, Esquire (JS 5127)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 | |
| In re:<br><br>Donna K. Meyers,<br><br>Debtor. | Case No.: 11-27889 (GMB)<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge: Honorable Gloria M. Burns |

*Order Filed on 03/30/2012 by Clerk U.S. Bankruptcy Court District of New Jersey*

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO MAY 29, 2012**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 03/30/2012**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Debtor: Donna K. Meyers

Chapter 7 Case No.:11-27889 (GMB)

**Consent Order Extending Time to File a Motion to Dismiss Case
Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge
Under 11 U.S.C. § 727 to May 29, 2012**

---

THIS MATTER having been consensually opened to the Court and agreed upon by and between Roberta A. DeAngelis, United States Trustee, by and through her counsel the Office of the United States Trustee (Jeffrey M. Sponder, Esquire appearing), and the Law Office of David A. Semanchik, counsel for the Debtor (David A. Semanchik, Esquire, appearing), and for other good cause shown, it is hereby;

**ORDERED** that any motion by the United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the United States Trustee and/or the Chapter 7 trustee must be filed on or before **May 29, 2012**; and it is further;

**ORDERED** that the United States Trustee reserves her right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| David A. Semanchik<br>Attorney for the Debtor | Roberta A. DeAngelis<br>United States Trustee, Region 3 |
| By: */s/David A. Semanchik*<br>    David A. Semanchik<br>    Attorney for the Debtor | By: */s/Jeffrey M. Sponder*<br>    Jeffrey M. Sponder<br>    Trial Attorney |

*Approved by Judge Gloria M. Burns March 30, 2012*