DOUGLAS S. STANGER, ESQUIRE
FLASTER/GREENBERG P.C.
646 Ocean Heights Avenue, Ste. 103
Linwood, NJ 08221
(609) 645-1881
Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Honorable Judith H. Wizmur |
|---|---|---|
|  | : |  |
| Donna K. Meyers | : | Chapter 7 |
|  | : |  |
|  | : | Case No. 11-27889 |
| Debtor(s). | : |  |

**WITHDRAWAL OF CHAPTER 7 TRUSTEE'S APPLICATION FOR
COMPENSATION FOR SPECIAL COUNSEL**

    I, DOUGLAS S. STANGER, hereby withdraw the Chapter 7 Trustee's Application for Compensation of Keith Zaid, Special Counsel filed May 25, 2012 in the above captioned matter. It was filed in error.

                              /s/ Douglas S. Stanger
                              Douglas S. Stanger, Trustee

Dated: May 25, 2012