UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Donna K. Meyers

Case No.: 11-27889
Chapter: 7
Judge: Poslusny

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Douglas S. Stanger, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
U.S. Post Office and Courthouse
401 Market Street
Second Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on October 13, 2015 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4C, 400 Cooper Street, 4th Floor, Camden, NJ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Potential Objection to proof of claim number 9 filed by Robinson & Geraldo, P.C. in the amount of $52,481.67

Pertinent terms of settlement: Robinson & Geraldo, P.C. shall have an allowed general unsecured claim in the amount of $35,000.00.

Objections must be served on, and requests for additional information directed to:

Name: Damien Nicholas Tancredi, Esq.
Address: 4 Penn Center, 2nd Floor, 1600 J.F.K. Blvd., Philadelphia, PA 19103
Telephone No.: (215) 587-5675

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 11-27889-JNP
Donna K. Meyers                                                   Chapter 7
           Debtor              CERTIFICATE OF NOTICE

District/off: 0312-1         User: bdrayton              Page 1 of 3              Date Rcvd: Sep 15, 2015
                             Form ID: pdf905             Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2015.
db            +Donna K. Meyers,    319 Fifth Ave.,   Chambersburg, PA 17201-1760
aty           +Flaster Greenberg,    Suite 103,   646 Ocean Heights Ave,   Linwood, NJ 08221-1011
aty           +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue,   Suite 103,   Linwood, NJ 08221-1011
aty           +Golkow Hessel, LLC,    1800 JFK Blvd,   Suite 1010,   Philadelphia, PA 19103-7422
aty           +John C. Howett, Jr.,    Howett, Kissinger & Holst, PC,   130 Walnut Street,
                Harrisburg, PA 17101-1612
sp            +E. Merritt Lentz,    Golkow Hessel, LLC,   1800 JFK Boulevard,   Suite 1010,
                Philadelphia, PA 19103-7422
512075391    ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: Acura Financial Services,    PO Box 65507,    Wilmington, DE 19808)
512075393     +Atlanta Care Regional Medical Center,    Po box 786361,   Philadelphia, PA 19178-6361
512075395     +Atlantic Emergency Associates,    6880 W. Snowville Rd.,   Suite 210,
                Brecksville, OH 44141-3255
512075396     +Atlantic Pathologists,    PO Box 9000-2705,   Philadelphia, PA 19195-0001
512075397     +Atlantic Radiologists Prof. Assoc.,    PO box 1262,   Indianapolis, IN 46206-1262
512474466    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102)
512075398      Bank of America,    PO Box 15726,   Wilmington, DE 19886-5726
512075399     +Borough of Chambersburg,    100 S. 2nd St.,   Chambersburg, PA 17201-2512
512075400     +Boscovs,   c/o First National Collection Bureau,    Argent Holdings, LLC,   PO Box 1259,
                Oaks, PA 19456-1259
512075401     +Cach, Llc (Original Creditor:Hsbc B,    370 17th Street, Suite 5000,   Denver, CO 80202-1370
512075402     +Center Fro Pain Management, LLC,    PO Box 64976,   Baltimore, MD 21264-4976
512075403     +Chambersburg Hospital,    760 E. Washington ST.,   Chambersburg, PA 17201-2751
512075404      Chambersburg Imaging,    c/o Stephen R. Philpitt,   Suite B,   15 East Railroad AVe.,
                Monroe Township, NJ 08831
512075405     +Chambersburg Imaging Assoc, PC,    25 Penncraft Ave, STE,   Chambersburg, PA 17201-1649
512075406     +Chase,   c/o GC Services LImited Partnership,    6330 Gulfton,   Houston, TX 77081-1108
512075407     +Comcast,   c/o Eastern Account System of Ct.,Inc,    Po Box 837,   Newtown, CT 06470-0837
512075408     +Commonweatlh of Pennsylvania,    Bureau of Business Trust Fund Taxes,   PO box 280904,
                Harrisburg, PA 17128-0904
512075410     +Courtney Kischel Powell, Esq.,    PO Box 650,   Hershey, PA 17033-0650
512075412     +Diana Bierley,    295 Stonegate Circle South,   Chambersburg, PA 17201-4519
512075413     +Doug Corbit,    Lafayette Ave.,   Brigantine, NJ 08203
512075414     +E.R Soulution (Original Creditor:Di,    Po Box 97029,   Redmond, WA 98073
512075416     +ERS Solutions,    for Dish Network,   PO box 1022,   Wixom, MI 48393-1022
512075415     +Eastern Account System (Original Cr,    75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
512075418     +Franklin County,    2 North Main St.,   Chambersburg, PA 17201-1811
512591193     +Fulton County Medical Center,    214 Peach Orchard Road,   McConnellsburg, PA 17233-1399
512075419     +Fulton County Medical Center,    PO box 16157,   Rocky River, OH 44116-0157
512075420     +Fulton Diagnostic Radiology, LLC,    Frank L. DAmelio, MD,   25 Penncraft Ave. ST E,
                Chambersburg, PA 17201-5600
512075421     +Fulton Diognostic Radiology,    c/o Rickert Collection Systems,   Po box 7242,
                North Brunswick, NJ 08902-7242
512698445     +Gregory L. Meyers,    904 Lincoln Way West,   Chameberburg, PA 17202-1910
512075423     +Gregory Meyers,    236 High St.,   Chambersburg, PA 17201-1510
512075424     +Healthport,    PO Box 409900,   Atlanta, GA 30384-9900
512075425     +Hsbc/Boscv,    Po Box 4274,   Reading, PA 19606-0674
512075426     +Island Gym,    3003 English Creek Ave.,   Unit A8,   Egg Harbor Township, NJ 08234-4800
512075428     +Kohls,   c/o Progressive Financial Services,    PO Box 22083,   Tempe, AZ 85285-2083
512075429     +Lab Corp,    PO box 2240,   Burlington, NC 27216-2240
512075430     +Mercantile,    Po box 9016,   Buffalo, NY 14231-9016
512075431     +National Recovery Agen (Original Cr,    2491 Paxton St,   Harrisburg, PA 17111-1036
512075440     +O’Neill Physical Therapy Services,    227 North Cleveland Ave.,   Hagerstown, MD 21740-5050
512530595      Orrstown Bank,    c/o Baric Scherer,   19 West Sout Street,   Carlisle, PA 17013-3445
512075441     +Orrstown Bank,    c/o Baric Scherer,   19 West South St.,   Carlisle, PA 17013-3445
512075442      Orrstown Bank,    3850 Orrstown Rd.,   Orrstown, PA 17244
512075445     +Orrstown Bk,    77 E King St,   Shippensburg, PA 17257-1351
512075447     +Parkway Surgery Center,    17 Western Maryland Parkway,   Hagerstown, MD 21740-5471
512075448     +Robinson and Geraldo,    PO Box 5320,   Harrisburg, PA 17110-0320
512075449     +Second Round Lp (Original Creditor:,    4150 Friedrich Lane Suit,   Austin, TX 78744-1800
512075450     +Smith, Dietterich & Connelly,    PO Box 650,   Hershey, PA 17033-0650
512075451     +Stone, Duncan and Associates,    8 Baltimore St.,   Dillsburg, PA 17019-1210
512075452     +Summit Health Chambersburg,    Fulton County Medical Center,   c/o National Recovery Agency,
                PO Box 67015,   Harrisburg, PA 17106-7015
512075453     +Summit Physician Services,    785 5th Ave. Ste 3,   Chambersburg, PA 17201-4232
512075454     +Summit Physicians Services,    785 5th Ave. Ste 3,   Chambersburg, PA 17201-4232
512075455     +Urban Outfitters, Inc.,    c/o Goldman, Walker & DiMarco,   6303 E. Tanque Verde Rd.,   # 110,
                Tucson, AZ 85715-3858
512075456     +Verizon Wireless,    PO Box 9001,   Minnetonka, MN 55345-9001
512075457     +Verizon Wirelss,    2000 Corporate Dr,   Orangeburg, NY 10962-2624
```

```
District/off: 0312-1          User: bdrayton              Page 2 of 3                   Date Rcvd: Sep 15, 2015
                              Form ID: pdf905             Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: leah.bynon@usdoj.gov Sep 15 2015 22:18:08      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2015 22:18:06      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ  07102-5235
512075392       +E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 15 2015 22:18:12      Am Honda Fin,
                   200 Continental Dr #301,    Newark, DE 19713-4336
512671475        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2015 22:32:09
                   American InfoSource LP as agent for American Honda,    PO Box 248838,
                   Oklahoma City, OK  73124-8838
512510229        E-mail/PDF: rmscedi@recoverycorp.com Sep 15 2015 22:25:46      Capital Recovery IV LLC,
                   c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
512075417       +E-mail/Text: data_processing@fin-rec.com Sep 15 2015 22:17:57      Financial Recovery Services,
                   PO Box 385908,    Minneapolis, MN 55438-5908
512075422       +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2015 22:26:32      Gemb/Gap,    Po Box 981400,
                   El Paso, TX 79998-1400
513615724        E-mail/PDF: rmscedi@recoverycorp.com Sep 15 2015 22:25:47      Midland Funding LLC,
                   By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
513615725        E-mail/PDF: rmscedi@recoverycorp.com Sep 15 2015 22:26:11
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512075411        Credit Management Company,    For Summit Behavioral Health,    and Antrim Family Practice
512075394*      +Atlanta Care Regional Medical Center,    Po box 786361,    Philadelphia, PA 19178-6361
512075427*      +Island GYm,    3003 English Creek Ave.,    Unit A8,    Egg Harbor Township, NJ 08234-4800
512075432*      +National Recovery Agen (Original Cr,    2491 Paxton St,    Harrisburg, PA 17111-1036
512075433*      +National Recovery Agen (Original Cr,    2491 Paxton St,    Harrisburg, PA 17111-1036
512075434*      +National Recovery Agen (Original Cr,    2491 Paxton St,    Harrisburg, PA 17111-1036
512075435*      +National Recovery Agen (Original Cr,    2491 Paxton St,    Harrisburg, PA 17111-1036
512075436*      +National Recovery Agen (Original Cr,    2491 Paxton St,    Harrisburg, PA 17111-1036
512075437*      +National Recovery Agen (Original Cr,    2491 Paxton St,    Harrisburg, PA 17111-1036
512075438*      +National Recovery Agen (Original Cr,    2491 Paxton St,    Harrisburg, PA 17111-1036
512075439*      +National Recovery Agen (Original Cr,    2491 Paxton St,    Harrisburg, PA 17111-1036
512075443*       Orrstown Bank,    3850 Orrstown Rd.,    Orrstown, PA 17244
512075444*       Orrstown Bank,    3850 Orrstown Rd.,    Orrstown, PA 17244
cr              ##+Gregory Meyers,    454 South 4th St.,    Chambersburg, PA 17201-3413
512075409       ##+Constar Financial Services,    PO box 12020,    Glendale, AZ 85318-2020
512075446       ##+Paragon Way,    c/o Bonded Collection Corporation,    29 East Madison St.,    suite 1650,
                   Chicago, IL 60602-4427
512557741       ##+Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                              TOTALS: 1, * 12, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2015                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: bdrayton              Page 3 of 3                  Date Rcvd: Sep 15, 2015
                               Form ID: pdf905             Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2015 at the address(es) listed below:

```
          Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger
           damien.tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
          David A. Semanchik    on behalf of Debtor Donna K. Meyers info@semanchiklaw.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    on behalf of Spec. Counsel E. Merritt  Lentz
           doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
          Douglas S. Stanger    on behalf of Attorney    Flaster Greenberg, P.C.
           doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
          Jason Brett Schwartz    on behalf of Creditor Gregory  Meyers jschwartz@mesterschwartz.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
           jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov
                                                                                               TOTAL: 8
```