**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                Case No.:  11−27889−JNP
                Chapter:  7
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Donna K. Meyers
    319 Fifth Ave.
    Chambersburg, PA 17201

Social Security No.:
    xxx−xx−8491

Employer's Tax I.D. No.:

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on September 24, 2015, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 82 − 80
Order Granting Application to Employ Alfred T. Giuliano as Accountant for Trustee (Related Doc # 80). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/24/2015. (cmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 24, 2015
JJW: cmf

                                                                                             James J. Waldron
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Donna K. Meyers  
    Debtor

Case No. 11-27889-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: cfowler     Page 1 of 1     Date Rcvd: Sep 24, 2015  
                        Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2015.  
acc          +Giuliano, Miller & Company LLC,    Berlin Business Park,    140 Bradford Drive,    West Berlin, NJ 08091-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2015                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2015 at the address(es) listed below:  
         Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger  
          damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
         David A. Semanchik    on behalf of Debtor Donna K. Meyers info@semanchiklaw.com  
         Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,  
          nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,  
          dss@trustesolutions.net  
         Douglas S. Stanger    on behalf of Spec. Counsel E. Merritt  Lentz  
          doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,  
          jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net  
         Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,  
          jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net  
         Douglas S. Stanger    on behalf of Attorney   Flaster Greenberg, P.C.  
          doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,  
          jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net  
         Jason Brett Schwartz    on behalf of Creditor Gregory  Meyers jschwartz@mesterschwartz.com  
         Jeffrey M. Sponder    on behalf of U.S. Trustee   United States Trustee  
          jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
                                                                                                 TOTAL: 8