|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>(609) 645-1881<br>Counsel for Trustee<br>DS5141 |

Order Filed on September 24, 2015 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:
Donna K. Meyers

Case No.: 11-27889

Judge: Jerrold N. Poslusny, Jr.

Chapter: 7

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER AUTHORIZING
### RETENTION OF Giuliano Miller & Company LLC

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 24, 2015**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re: Donna K. Meyers

Case No.: 11-27889

Applicant: Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply)
- ☐ Trustee:  ☑ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.
- ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13
- ☐ Official Committee of _____

Name of Professional: Alfred T. Giuliano

Address of Professional: Giuliano Miller & Company LLC
Berlin Business Park
130 Bradford Drive
West Berlin, NJ 08091

- ☐ Attorney for (check all that apply):
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☑ Accountant for:
  - ☑ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Other Professional:
  - ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
  - ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the bankruptcy was filed.

Rev. 6/1/06; jml

United States Bankruptcy Court
District of New Jersey

In re:
Donna K. Meyers
    Debtor

Case No. 11-27889-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: cfowler    Page 1 of 1    Date Rcvd: Sep 24, 2015
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2015.
db      +Donna K. Meyers,    319 Fifth Ave.,    Chambersburg, PA 17201-1760

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2015      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2015 at the address(es) listed below:
         Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger
         damien.tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
         David A. Semanchik    on behalf of Debtor Donna K. Meyers info@semanchiklaw.com
         Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
         nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
         dss@trustesolutions.net
         Douglas S. Stanger    on behalf of Spec. Counsel E. Merritt  Lentz
         doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
         jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
         Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
         jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
         Douglas S. Stanger    on behalf of Attorney   Flaster Greenberg, P.C.
         doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
         jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
         Jason Brett Schwartz    on behalf of Creditor Gregory  Meyers jschwartz@mesterschwartz.com
         Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
         jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov
         TOTAL: 8